### GRAY LITHOGRAPH CO. v. SCHULMAN et al.

(Supreme Court, Appellate Term. November 6, 1903.)

1. CONSOLIDATION OF ACTIONS—REMOVAL BONDS.
    Where the consolidation of actions at the instance of defendants affects the condition of bonds given upon removal from the Municipal to the City Court, and will prejudice the plaintiff in an attempt to enforce the obligation of those bonds, consolidation should not be ordered.

Appeal from City Court of New York, Special Term.

Action by the Gray Lithograph Company against Lewis Schulman and others. From an order consolidating actions removed from the Municipal to the City Court, plaintiff appeals. Reversed.

Argued before FREEDMAN, P. J., and BISCHOFF and BLANCHARD, JJ.

R. L. Weaver, for appellant.

Oppenheim & Severance, for respondents.

PER CURIAM. The consolidation of these actions at the instance of the defendants affects the condition of the bonds given upon removal, and cannot but result in prejudice to the plaintiff should it attempt to enforce the obligation assumed. The fact that the sureties were the same on each bond, as is suggested, does not touch this question of the condition upon which the bonds were given, and the court's discretion should not be exercised in favor of the application to consolidate the causes, under the circumstances.

Order reversed, with $10 costs and disbursements, and motion denied.